NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

IN RE ERIC JASINSKI,
MICHAEL RICHARD OUELLETTE,
AND JEREMY PAUL ROWLAND

---

2012-1482

(Serial No. 10/906,508)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

ON MOTION

---

ORDER

The appellants move without opposition for an extension of time to file the reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

IN RE ERIC JASINSKI                                                    2

The motion is granted to the extent that the reply brief is due on or before November 8, 2012.

                                        FOR THE COURT


                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s27